UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ANIL BABBAR and SHALINI BABBAR,

Plaintiffs,

**ORDER**

-against-

26 Civ. 536 (KMK) (AEK)

ANDERSON CENTER FOR AUTISM,
GARNET COLLINS, and NADINE THOMPSON,

Defendants.
-----------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

Defendant Collins, who is proceeding *pro se,* is directed to file a **Notice of Pro Se Appearance** using the form attached to this Order.

The Clerk of Court is directed to:

1. Add the PRO SE DFT Flag to this action.
2. Mail Defendant Collins the Information Package for Defendants and note the mailing on the docket.
3. Add CASE MANAGEMENT NOTE to the docket.
4. Mail a copy of this order to the following address: Garnet Collins, Woodbourne Correctional Facility, 99 Prison Road, P.O. Box 1000, Woodbourne, NY 12788-1000.

SO ORDERED.

Dated: July 14, 2026
White Plains, New York

ANDREW E. KRAUSE
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_______________________________________

_______________________________________
Write the first and last name of each plaintiff.

Case No. ______ CV ______________

-against-

**NOTICE OF PRO SE APPEARANCE**

_______________________________________

_______________________________________

_______________________________________

_______________________________________
Write the first and last name of each defendant.

I, ____________________________ ,

am a defendant in this action and hereby appear pro se. All future correspondence and papers in connection with this action are to be directed to me at the address indicated below.

| | |
|---|---|
| Executed on (date) | Signature |
| Name | Prison Identification # (if incarcerated) |
| Address City | State Zip Code |
| Telephone Number (if available) | E-mail Address (if available) |