UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ANIL BABBAR and SHALINI BABBAR,

Plaintiffs,

-against-

ANDERSON CENTER FOR AUTISM,
GARNET COLLINS, and NADINE THOMPSON,

Defendants.
------------------------------------------------------------x

**ORDER**

26 Civ. 536 (KMK) (AEK)

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

The Court held a status conference on August 31, 2026, at which the following matters were addressed and the following deadlines were set:

(1) Mr. Murphy, counsel for Defendant Anderson Center for Autism and Defendant Thompson, must provide Defendant Collins with a list of the deposition dates that have been agreed upon by him and counsel for Plaintiffs by **September 1, 2026**;

(2) If Defendant Collins has any objections to the deposition dates, Defendant Collins must send Mr. Murphy a letter listing his specific objections on or before **September 18, 2026**; and

(3) If Defendant Collins intends to file any crossclaim, he must do so on or before **September 18, 2026**.

A further telephonic status conference before Magistrate Judge Krause is scheduled for **Thursday, October 8, 2026 at 10:00 a.m.** To access the teleconference, please follow these directions: (1) dial the meeting number: 1-855-244-8681; (2) enter the access code: 2312 503 5451; and (3) press pound, followed by pound again (##) to enter the teleconference as a guest. Should counsel experience any technical issues with the teleconferencing system, please contact

Chambers at (914) 390-4070. Mr. Murphy must make arrangements with the appropriate correctional facility to have Defendant Collins available via telephone.

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Defendant.

Dated: September 2, 2026
White Plains, New York

**SO ORDERED.**

ANDREW E. KRAUSE
United States Magistrate Judge